# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3089** | **September Term, 2022** |
| | 1:22-cr-00015-APM-3 |
| | 1:22-cr-00015-APM-4 |
| | **Filed On: June 14, 2023** [2003464] |

United States of America,

      Appellee

  v.

Kenneth Harrelson,

      Appellant

------------------------------

Consolidated with 23-3090

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:   /s/
           Lynda M. Flippin
           Deputy Clerk