NO. 23-3089

_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,
Appellee,

vs.

KENNETH HARRELSON,
Appellant.

_____

Consolidated with 23-3090, 23-3097,
23-3089, 23-3111, 23-3112, 23-3113,
23-3144

**MOTION TO EXTEND TIME TO FILE
PROPOSED BRIEFING FORMAT**

In response to this Court's order filed April 30, 2024, Doc. #2052054, requesting the parties submit a joint proposed format for the briefing in these cases by May 30, 2024, the parties jointly request an extension to comply with the order. After discussion between all counsel for the defendants, it is our position that, while we are at present amenable to consolidated briefing for all the cases, the expected Supreme Court opinion in *Fischer v. United States*, No. 23-5572, argued April 16, 2024, will likely impact final decisions on the matter. For this reason, we respectfully request the Court extend the filing time until 14 days after the Court's

1

publication of its opinion so the parties may read the opinion and discuss its implications for briefings in these matters.

Counsel has conferred with Daniel Lenerz of the US Attorney's Office and he indicates he does not object to the motion to file a joint proposal for briefing within 14 days of the Supreme Court's decision in *Fischer*.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/JoNell Thomas*
JoNell Thomas
Assistant Federal Public Defender

*/s/Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

*Counsel for Kenneth Harrelson*

Jonathan W. Crisp, Esquire
Crisp and Associates, LLC
Attorney ID: 83505
4031 N. Front St
Harrisburg, PA 17110
(717) 412-4676

*Counsel for Jessica Watkins*

*/s/ Stanley W. Woodward, Jr.*
(D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 5th Street NW, Suite 350

Washington, DC 20001
(202) 996-7447 (telephone)
(202) 996-0113 (facimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Kelley Meggs*

*/s/ Elizabeth Franklin-Best*
Elizabeth Franklin-Best, P.C.
Bar No. 64834
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 606-9773
elizabeth@franklinbestlaw.com

*Counsel for Stewart Rhodes*

Dated this 17th day of May, 2024.