NO. 23-3089

_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
_____

UNITED STATES OF AMERICA,
Appellee,

vs.

KENNETH HARRELSON,
Appellant.

_____

Consolidated with 23-3090, 23-3097,
23-3089, 23-3111, 23-3112, 23-3113,
23-3144

## JOINT PROPOSED BRIEFING ORDER

In response to this Court's order filed May 28, 2024, undersigned counsel, in agreement with the Government, respectfully request the following as a proposed scheduling order in this case:

  a. Defendants' joint opening brief: 30,000 words, due January 10, 2025

  b. Government's principal & response brief: 32,500 words, due July 11, 2025

  c. Defendants' reply & response brief: 30,000 words, due October 10, 2025

  d. Government's reply brief: 16,000 words, due December 12, 2025

1

Counsel respectfully requests these extended timeframes in light of the extremely lengthy record in this case[1] that exceeds 10,000 pages of testimony in addition to voluminous trial exhibits.

This request is being submitted after discussion with Daniel Lenerz of the U.S. Attorney's Office and he agrees with it.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/JoNell Thomas*
JoNell Thomas
Assistant Federal Public Defender

*/s/Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

*Counsel for Kenneth Harrelson*

Jonathan W. Crisp, Esquire
Crisp and Associates, LLC
Attorney ID: 83505
4031 N. Front St
Harrisburg, PA 17110
(717) 412-4676

*Counsel for Jessica Watkins*

---

[1] Neither counsel for Harrelson nor Rhodes participated in the trial of this case.

/s/ Stanley W. Woodward, Jr.
(D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 5th Street NW, Suite 350
Washington, DC 20001
(202) 996-7447 (telephone)
(202) 996-0113 (facimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Kelley Meggs*

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
Bar No. 64834
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 606-9773
elizabeth@franklinbestlaw.com

*Counsel for Stewart Rhodes*

Dated this 10th day of July, 2024