UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3089 et al.

———————————

UNITED STATES OF AMERICA,                                                  Appellee,

v.

KENNETH HARRLESON, ET AL.,                                              Appellants.

## Motion to Consolidate Appeals

The United States respectfully moves to consolidate these four, already consolidated appeals with a fifth appeal, No. 25-3015, which has been filed by appellants' codefendant, Thomas Caldwell. The government is filing a similar motion in Caldwell's appeal. The four defendants in these consolidated appeals have not taken a position on the government's motion; Caldwell opposes it.

This is an appeal from a five co-defendant, two-month trial involving members and associates of the Oath Keepers charged with offenses related to their involvement in the January 6, 2021, attack on the United States Capitol. Jury selection began on September 27, 2022, and ended with a jury verdict on November 29, 2022. Four of the

defendants—Stewart Rhodes, Kelly Meggs, Kenneth Harrelson, and Jessica Watkins—were sentenced in late May 2023 and thereafter timely noticed their appeals. This Court consolidated those appeals: No. 23-3089 (Harrelson), No. 23-3090 (Watkins), No. 23-3097 (Rhodes), and No. 23-3098 (Meggs). It issued a briefing schedule in August 2024 requiring the defendants to file a joint opening brief by January 10, 2025. The defendants subsequently requested an extension to March 11, 2025, which this Court granted.

As a result of lengthy post-trial proceedings, the fifth co-defendant, Thomas Caldwell, was not sentenced until January 10, 2025. Caldwell thereafter timely noticed his appeal. On February 13, 2025, this Court entered a briefing schedule requiring Caldwell to file his brief by April 14, 2025.

The government asks the Court to consolidate the appeals of all five defendants who were tried at the same time. Consolidation of co-defendant appeals serves "to achieve the most efficient use of the Court's resources, as well as to maintain consistency in its decisions." *D.C. Circuit Handbook of Practice and Internal Procedure* 23 (2018). The interests of judicial economy and consistency strongly favor consolidation

2

here. The trial in this case spanned two months. Combining the appeals ensures that the Court – and the government – will not be required to master a long transcript more than once. Consolidation also guarantees uniform resolution of any overlapping claims by the defendants. Although the defendants may wish to present individual claims, they can do so within the framework of a combined brief.

Consolidation would not unduly delay resolution of these cases. Caldwell's brief is currently due April 14, just one month after the other four defendants' brief is currently due to be filed. The government would not oppose setting a due date of April 14, 2025, for a consolidated brief from all five defendants, which would give the defendants more than six weeks to draft a brief that incorporates all of their issues. Each of the defendants had his or her sentence commuted by the President's January 20, 2025, order Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021. As a result, none of the defendants is

3

currently incarcerated or subject to any form of court supervision, and thus the defendants will not be prejudiced by any additional short delay in the briefing schedule.

On January 31, 2025, the undersigned reached out to counsel for each of the five defendants to ask their position on this motion. Caldwell's counsel, David W. Fischer, Esq., indicated that he opposes this motion. Meggs's counsel, Stanley E. Woodward, Jr., Esq., explained that he has moved to withdraw from this case (which the Court has not yet acted on). Rhodes's counsel, Elizabeth A. Franklin-Best, Esq., indicated that she takes no position on the motion. The attorneys for the other two defendants, Watkins and Harrelson, did not state a position.

The government thus respectfully requests that the Court consolidate this already consolidated appeal, No. 23-3089 et al., with No. 25-3015, *United States v. Thomas Caldwell*.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

<u>               /s/                </u>
DANIEL J. LENERZ, DC Bar 888283905
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellants, on this 21st day of February, 2025.

/s/
DANIEL J. LENERZ
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion contains 622 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
DANIEL J. LENERZ
Assistant United States Attorney