# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3089**　　　　　　　　　　　　　　　　　　**September Term, 2024**

1:22-cr-00015-APM-3
1:22-cr-00015-APM-2
1:22-cr-00015-APM-4
1:22-cr-00015-APM-1

**Filed On: February 24, 2025** [2102446]

United States of America,

    Appellee

    v.

Kenneth Harrelson,

    Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on January 28, 2025, be suspended pending further order of the court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

                BY:    /s/
                        Scott H. Atchue
                        Deputy Clerk