# EXHIBIT

# A

# AFFIDAVIT

I, Thomas Edward Caldwell, the Appellant in *United States v. Thomas Edward Caldwell*, Case No. 25-3015, after a lengthy consultation with my counsel, David W. Fischer, Esq., hereby requests that the U.S. Court of Appeals for the District of Columbia Circuit dismiss my pending appeal, solemnly affirming that:

1. I am fully satisfied with the legal work performed by my trial and appellate counsel, David W. Fischer, Esq., who fully explained to me yesterday the consequences of having my appeal before this Court dismissed;

2. That on March 20, 2025, President Donald J. Trump issued a full and unconditional pardon in my case, which is the subject of this appeal. I have accepted President Trump's pardon;

3. As I have accepted the President's grant of executive clemency, I see no need to continue pursuing a costly appeal;

4. Accordingly, I have chosen, after consultation with my attorney, to accept the President's pardon and to seek to dismiss my appeal; and

5. In making this decision, I have not been pressured, coerced or otherwise induced by anyone. I am making this request upon my own free will and after being fully informed by my attorney of the circumstances of my case and the consequences of having my appeal dismissed.

1 APRIL 2025
Date

Thomas Edward Caldwell

Sworn before me this 1st day of April , 2025

Angela Weber

ANGELA M WEBER
NOTARY PUBLIC
QUEEN ANNE'S COUNTY
MARYLAND
My Commission Expires 04-13-2026