# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3089**                                    **September Term, 2024**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-1**

**Filed On: April 30, 2025** [2113743]

United States of America,

          Appellee

    v.

Kenneth Harrelson,

          Appellant

------------------------------

Consolidated with 23-3090, 23-3097,
23-3098

## O R D E R

Upon consideration of appellant Kelly Meggs' unopposed motion for extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Defendants' Joint Opening Brief | August 4, 2025 |
| Appendix | August 4, 2025 |
| United States' Brief | February 2, 2026 |
| Defendants' Joint Reply Brief | May 4, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk