# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3089**  September Term, 2025

1:22-cr-00015-APM-3
1:22-cr-00015-APM-2
1:22-cr-00015-APM-4
1:22-cr-00015-APM-1

**Filed On: September 2, 2025** [2133105]

United States of America,

    Appellee

    v.

Kenneth Harrelson,

    Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098

## O R D E R

Upon consideration of the unopposed motion of appellant Kelly Meggs for extension of time to file opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Defendants' Joint Opening Brief | November 3, 2025 |
| Appendix | November 3, 2025 |
| United States' Brief | May 4, 2026 |
| Defendants' Joint Reply Brief | August 3, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3089**                                                                  **September Term, 2025**