# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3089**  **September Term, 2025**

1:22-cr-00015-APM-3
1:22-cr-00015-APM-2
1:22-cr-00015-APM-4
1:22-cr-00015-APM-1

Filed On: December 8, 2025 [2149328]

United States of America,

    Appellee

  v.

Kenneth Harrelson,

    Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Defendants' Joint Opening Brief | January 29, 2026 |
| Appendix | January 29, 2026 |
| United States' Brief | July 28, 2026 |
| Defendants' Joint Reply Brief | October 26, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk