# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3089**                                              **September Term, 2025**

**1:22-cr-00015-APM-1**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-4**

**Filed On:** January 16, 2026

United States of America,

      Appellee

    v.

Kenneth Harrelson,

      Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098

      **BEFORE:**   Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed word limits and to dispense with paper copies of the transcript volumes of the appendix, it is

**ORDERED** that the motion to dispense with paper copies of the transcript volumes of the appendix be granted. Appellants may file and serve the portion of the appendix containing transcripts in electronic form only. This order does not preclude a merits panel from directing appellants to file paper copies of the portion of the appendix containing transcripts at a later date. It is

**FURTHER ORDERED** that the following revised briefing format will now apply in these consolidated cases:

| | |
|---|---|
| Appellants' Joint Opening Brief (not to exceed 40,000 words) | February 27, 2026 |
| Appendix | February 27, 2026 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 23-3089                    September Term, 2025

Appellee's Brief                              August 26, 2026
(not to exceed 40,000 words)

Appellants' Joint Reply Brief                 November 24, 2026
(not to exceed 20,000 words)

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Selena R. Gancasz
       Deputy Clerk