# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3089**                                          **September Term, 2025**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-1**

**Filed On: April 15, 2026** [2168729]

United States of America,

> Appellee

> v.

Kenneth Harrelson,

> Appellant


-----------------------------

Consolidated with 23-3090, 23-3097,
23-3098

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on April 13, 2026, be suspended pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Katy M. Bartelma
Deputy Clerk