No. 23-3089

_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,
Appellee,

vs.

KENNETH HARRELSON, KELLY MEGGS, JESSICA
WATKINS, ELMER STEWART RHODES, III
Appellants.

_____
Consolidated with 23-3090, 23-3097,
23-3098


NOTICE OF ERRATA  TO APPELLANT MEGGS'S MOTION TO
STRIKE REP. RASKIN'S DOCUMENTS #2169287 AND #2169449

The following errata due to final edit version control should be

applied to Mr. Meggs's Motion to Strike in Document #2171051:


1. On page 13, line 10, delete "In both filings he failed to meet the Rules'
requirement to specify who was paying for any amicus brief"

2. Replace the deleted words above with "In his filing he fails to address
the continued harm, (including threats to Appellants) by
misrepresentations and unnecessary delay. . ."

Dated April 29, 2026

Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart
Bar # 64495
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
T: 813-659-5178
E: Carolstewart_esq@protonmail.com
Counsel for Kelly Meggs

## CERTIFICATE OF SERVICE

I hereby certify on the 29th day of APRIL 2026, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart

2