# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-3089**

**September Term, 2025**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-1**

**Filed On: May 21, 2026** [2174519]

United States of America,

       Appellee

    v.

Kenneth Harrelson,

       Appellant

------------------------------

Consolidated with 23-3090, 23-3097,
23-3098

# M A N D A T E

In accordance with the order of May 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
           Selena R. Gancasz
           Deputy Clerk

Link to the order filed May 21, 2026